IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL OF JENNIE CACLOUDIS KIESSLING, DECEASED.

*Mr. Marshall H. Kozinn* for the petitioner.

*Messrs. Dittmar, Dittmar, Goldberg, Cerrato & McGovern* for the respondent.

June 30, 1967. Denied.

CHRISTOPHER J. FARRELL, PLAINTIFF-PETITIONER, v. NEW JERSEY STATE HOSPITAL, GREYSTONE PARK, STATE OF NEW JERSEY, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Messrs. Mylod & Feinberg* for the petitioner.

*Mr. Arthur J. Sills, Mr. Theodore A. Winard,* and *Mrs. Virginia Long Annich,* Deputy Attorney General, for the respondents.

June 30, 1967. Denied.

AMEDO DE VIVO, *ET AL.*, PLAINTIFFS-PETITIONERS, v. JOHNNY SIMPKSON, JR., *ET AL.*, DEFENDANTS AND JUNE STRELECKI, DEFENDANT-RESPONDENT.

*Mr. Michael N. Kouvalas* for the petitioners.

*Mr. James J. Casby, Jr.* for the respondent.

June 30, 1967. Granted.